No. 11-5222. Patrick Pitchon, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division, et al.

565 U.S. 896, 132 S. Ct. 283, 181 L. Ed. 2d 170, 2011 U.S. LEXIS 5461.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 11-5223. Anthony Miner, Petitioner v. Texas.

565 U.S. 896, 132 S. Ct. 283, 181 L. Ed. 2d 170, 2011 U.S. LEXIS 5699.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, Twelfth District, denied.

No. 11-5224. Adeline Cotton Ricks, Petitioner v. Newport News Shipbuilding and Dry Dock Company, et al.

565 U.S. 896, 132 S. Ct. 284, 181 L. Ed. 2d 170, 2011 U.S. LEXIS 5589,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 410 Fed. Appx. 665.

No. 11-5225. William Stephen Solesbee, Petitioner v. United States.

565 U.S. 896, 132 S. Ct. 284, 181 L. Ed. 2d 170, 2011 U.S. LEXIS 5718.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 11-5228. Winston Gajadhar, Petitioner v. William Lee, Superintendent, Green Haven Correctional Facility.

565 U.S. 896, 132 S. Ct. 284, 181 L. Ed. 2d 170, 2011 U.S. LEXIS 5760.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

No. 11-5230. James Garrett, Petitioner v. Gary Sandor, Warden.

565 U.S. 896, 132 S. Ct. 284, 181 L. Ed. 2d 170, 2011 U.S. LEXIS 5501.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 11-5231. Marvin Flemings, Petitioner v. Illinois Department of Corrections, et al.

565 U.S. 896, 132 S. Ct. 284, 181 L. Ed. 2d 170, 2011 U.S. LEXIS 5654.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 11-5233. Jeremy T. Greene, Petitioner v. William Pollard, Warden.

565 U.S. 896, 132 S. Ct. 284, 181 L. Ed. 2d 170, 2011 U.S. LEXIS 5573.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.